

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2018

No. 04-17-00505-CR & 04-17-00506-CR

Richard Anthony **GALINDO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5792, 5793
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Dandy Middleton's notification of late record is hereby noted. The reporter's record is due no later than April 30, 2018. **No further extensions.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court